BARRY H. SPITZER, State Bar #161525
LAW OFFICE OF BARRY H. SPITZER
1007 7th Street, Suite 200
Sacramento, California 95814

Telephone: (916) 442-9002
Facsimile: (916) 442-9003

Attorneys for Chapter 7 Trustee
Michael Kasolas

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

KENNETH D. JORGENSEN and
MICHELLE L. JORGENSEN,

        Debtors.

CASE NO. 10-30089-B-7

D.C. NO. BHS-2

MOTION FOR SALE OF ESTATE'S INTEREST IN THE CORDELIA DELI

DATE: August 24, 2010
TIME: 9:32 a.m.
DEPT: B; COURTROOM 32
Hon. Thomas C. Holman

    Michael Kasolas, duly appointed Chapter 7 Trustee (hereafter the "Trustee") in the above-captioned matter, through his counsel, Barry H. Spitzer, moves this Court for authority to sell the Estate's interest in the Cordelia Deli located at 4437 Central Place, Fairfield, California 94534 (hereinafter "Subject Property") "as-is" and "where-is" pursuant to the provisions of 11 U.S.C. section 363(b) of the Bankruptcy Code to the Debtor for $35,000.00 to be paid in monthly installment payments over a ten (10) month period. The Subject Property is valued by the Debtors at $35,000.00, including the inventory, accounts receivable, business license and good will and the Trustee, after investigation, agrees with the value. In support of his Motion, the Trustee states the following:

    1.    That the Debtors filed a Chapter 7 petition on April 19, 2010 and Movant was appointed as the Chapter 7 trustee of the estate of the above-named Debtors that day.

////

1

2. That the Debtors listed the fair market value of the Subject Property as $35,000.00 on amended Schedule B filed July 14, 2010. The Trustee does not believe the Subject Property has any secured claims against it. The Debtors have not exempted the Subject Property.

3. The Trustee wishes to sell the estate's interest in the Subject Property to the Debtors "as-is" and "where-is" for $35,000.00 to be paid in monthly installment payments over a ten (10) month period. The Trustee believes it is in the best interest of the estate to sell the estate's interest in the Subject Property to the Debtors for $35,000.00. The Debtors have provided a $4,000.00 deposit to the Trustee which shall be non-refundable if the bid of the Debtors is accepted. The Trustee does not make any representations concerning the ability of the successful bidder to maintain the lease with the landlord. Any overbid to purchase the estate's interest in the Subject Property by a party other than the Debtors would also require payment to the Debtors for their unused allowable exemption of $4,042.05.

4. The Trustee requests that the Court only approve overbids presented at the hearing that meet the following criteria:

(a) The overbids shall be in minimum $500.00 increments. Overbidding shall start at $39,542.05 ($35,000.00 bid by Debtors plus $4,042.05 exemption plus minimum overbid), if the overbid is by a party other than the Debtors. In addition, if the overbid is by a party other than the Debtors, any and all costs of sale and transfer shall be the responsibility of the buyer.

(b) To qualify as a bidder, the bidder must bring to the Court a Cashier's Check or a certified check for $8,542.05. This Cashier's or certified check shall serve as a non-refundable deposit if the overbid is successful.

(c) The successful overbidder must deliver to the Trustee a Cashier's or certified check for the overbid amount within 48 hours of Court approval of the sale.

(d) Final payment is due within ten months of the order granting approval of the sale.

5. The Trustee seeks authority to execute any and all additional conveyances, assignments, schedules and other documents as may be necessary to consummate this sale.

6. The Trustee further seeks a waiver of the fourteen day waiting period imposed by Federal Rule of Bankruptcy Procedure, Rule 6004(h).

WHEREFORE, Michael Kasolas respectfully requests he be authorized to sell to the Debtors the estate's interest in the Cordelia Deli located at 4437 Central Place, Fairfield, California 94534 (hereinafter "Subject Property") "as-is" and "where-is" for $35,000.00, to the Debtors to be paid in monthly installment payments over a ten (10) month period, subject to the existing liens and encumbrances, if any, pursuant to the provisions of section 363(b) of the Bankruptcy Code; and authority to execute any and all additional conveyances, assignments, schedules and other documents as may be necessary to consummate this sale. The Trustee further seeks a waiver of the fourteen day waiting period imposed by Federal Rule of Bankruptcy Procedure, Rule 6004(h).

Respectfully submitted,

DATED: July 27, 2010

LAW OFFICE OF BARRY H. SPITZER

By: *[signature]*
BARRY H. SPITZER
Attorneys for Michael Kasolas,
Chapter 7 Trustee

## VERIFICATION

I, Michael Kasolas, hereby declare:

1. I am the duly appointed Trustee in the above-entitled Estate.

2. I have personal knowledge of the facts stated herein and if called as a witness, I could and would testify competently thereto.

3. I believe it is in the best interest of the estate to sell the estate's interest in the Subject Property to the Debtor for a sales price of $35,000.00. The proposed purchase price is the highest value the property will bring the estate. The sale will allow for the orderly liquidation of the estate.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on July 27, 2010 at San Francisco, California.

_____
Michael Kasolas, Trustee